IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES NIXON, | : | Civil No. 1:25-CV-00341 |
| Plaintiff, | : | |
| v. | : | |
| MARK WAHL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 3rd day of November, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The complaint, Doc. 1, is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff's motion for default judgment, Doc. 13, is **DENIED** as moot.

3. The Clerk of the Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1